

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2018

No. 04-18-00302-CR

Nicanor C. **SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR7395
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. Appellant's brief is due September 10, 2018. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2018.

_____
Keith E. Hottle
Clerk of Court